Case 2:13-cr-00227-ILRL-JVM   Document 499   Filed 09/20/16   Page 1 of 2

LAED 247 (Rev. 12/14) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Crystal Scott | Case No: 2:13-227-009<br>USM No: 33748-034 |
| Date of Original Judgment: 10/28/2015<br>Dates of Previous Amended Judgments/Orders: | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of _____ months as to count _____ **is reduced to** _____ **months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 27   as of 10/28/2015   Amended Total Offense Level: _____
Criminal History Category: III     Criminal History Category: _____
Previous Guideline Range: _____ to 120 months   Amended Guideline Range: _____ to _____ months

***(Complete Part II of Page 2 when motion is granted)***

**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

Defendant is ineligible for 3582 sentencing reduction. Defendant is already serving the mandatory minimum sentence.

Except as otherwise provided, all provisions of the judgment dated 10/28/2015 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/20/2016

*Judge's signature*

Effective Date: 11/30/2015

Ivan L.R. Lemelle, Senior United States District Judge
*Printed name and title*

*(No earlier than Nov. 1, 2015, for Amd. 782 sentence reductions.)*

Case 2:13-cr-00227-ILRL-JVM   Document 499   Filed 09/20/16   Page 2 of 2

LAED 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Crystal Scott
CASE NUMBER: 2:13-227-009
DISTRICT: Eastern District of Louisiana

**SEALED**

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
☐ Other (explain):

   If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

## III.  ADDITIONAL COMMENTS *(Not for Public Disclosure)*